LOLA L. WALKER and CHARLES C. AUSTIN, as Executors, etc., of WALTER B. WALKER, Deceased, Appellants, v. CYRIL CARMICHAEL, Respondent.— Order

unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Cohn and Callahan, JJ.